UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE COUNTY OF RIVERSIDE SHERIFF DEPT., et al.,<br><br>        Defendants. | Case No. 5:23-cv-00136-JWH (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Defendants' Motion for Summary Judgment. Because the time for objections has passed with none filed, the Court need not review *de novo* the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

The Court therefore **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.
2. Defendants' Motion for Summary Judgment is **GRANTED**.
3. Judgment will be entered accordingly **DISMISSING** this action for lack of administrative exhaustion.

**IT IS SO ORDERED.**

DATED: February 6, 2024

JOHN W. HOLCOMB
United States District Judge