JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RODOLFO GARCIA,<br><br>          Plaintiff,<br><br>   v.<br><br>THE COUNTY OF RIVERSIDE<br>SHERIFF DEPT., et al.,<br><br>          Defendants. | Case No. 5:23-cv-00136-JWH (SK)<br><br>**JUDGMENT** |

1  Pursuant to the Order Accepting Report and Recommendation to

2 Grant Defendants' Motion for Summary Judgment,

3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this

4 action is **DISMISSED with out prejudice** for lack of administrative

5 exhaustion.

6  **IT IS SO ORDERED.**

7

8 DATED: _February 6, 2024_

9           JOHN W. HOLCOMB
           United States District Judge

2